**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      *In re Maersk Line, Limited*

Appellate case number:    01-13-00750-CV

Trial court case number:  2009-64336

Trial court:              164th District Court, Harris County, Texas

It is ordered that the relator's motion for emergency relief is **granted**. The Court **stays**, until further order of this Court, all trial-court proceedings in the underlying cause, *Miguel Ruiz, et al. v. Maersk Line, Limited*, No. 2009-64336 (164th Dist. Ct., Harris Cnty., Tex.). *See* TEX. R. APP. P. 52.10(b) (providing that appellate court may grant "any just relief" pending court's action on mandamus petition).

It is furthered ordered that the response of the real parties in interest, if any, to the petition for writ of mandamus filed August 30, 2013, is due **Tuesday, September 24, 2013.**

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

⊠ Acting individually    ☐ Acting for the Court

Date: September 4, 2013